SLR:KAN:TYH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  - against -<br><br>FOUR HUNDRED EIGHTEEN THOUSAND,<br>FIVE HUNDRED EIGHTY-FIVE DOLLARS<br>AND SIXTY-SEVEN CENTS,<br>($418,585.67) MORE OR LESS,<br>FORMERLY ON DEPOSIT IN HSBC BANK<br>ACCOUNT NUMBER XXXXX576, HELD<br>IN THE NAME OF COMMERCIAL CARPETS,<br><br>        Defendant. | DECREE OF ORDER OF<br>FORFEITURE AND ORDER<br>FOR DELIVERY<br><br>Miscellaneous<br>No. 10-801 |

- - - - - - - - - - - - - - - - - X

WHEREAS, on or about April 16, 2010, the Honorable Cheryl L. Pollak, United States Magistrate Judge for the Eastern District of New York, authorized the seizure of the above-captioned funds (the "Defendant Funds"), finding probable cause to believe that the Defendant Funds are subject to forfeiture to the United States pursuant to: (a) 18 U.S.C. §§ 981(a)(1)(A) and 982(a)(1), as property involved in money laundering transactions or attempted money laundering transactions, in violation of 18 U.S.C. § 1956 or any property traceable thereto and/or (b) 31 U.S.C. § 5317, as monies involved in violations of, or attempts

to violate, federal reporting requirements under 31 U.S.C. § 5324;

WHEREAS, on or about April 16, 2010, the United States Drug Enforcement Administration ("DEA") executed the seizure warrant and seized approximately $365,154.07 of the Defendant Funds;

WHEREAS, the DEA thereafter commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others;

WHEREAS, on or about June 11, 2010, the DEA received a claim from Ruben Daniel Raiman, on behalf of Commercial Carpets, S.A. (the "Claimant") asserting an ownership interest in the approximately $365,154.07 of the Defendant Funds seized on April 16, 2010;

WHEREAS, on or about August 31, 2010, pursuant to the seizure warrant, the DEA seized the balance of the Defendant Funds, $53,431.60 in U.S. currency, more or less, to which Claimant has also asserted an ownership interest, and which is included in the total amount of the Defendant Funds;

WHEREAS, with the exception of the Claimant, no other person or entity has filed with the DEA or the United States a claim or verified statement of interest for the Defendant Funds,

2

and both the Claimant and United States are unaware of any additional potential claimants;

WHEREAS, pursuant to a Stipulation of Settlement, the United States agreed to return to the Claimant the sum of $303,585.87; and

WHEREAS, in consideration of the foregoing, Claimant agreed to forfeit to the United States, pursuant to 31 U.S.C. §§ 5317 and 5332, the remainder of the Defendant Funds, $115,000, and all interest accrued on the Defendant Funds since the date of seizure (the "Forfeited Funds");

UPON the joint application of the Plaintiff United States of America and Claimant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Title 31, United States Code, Section 5317, the Forfeited Funds are hereby forfeited and condemned to the use and benefit of the United States of America.

2. The Drug Enforcement Administration and/or the United States is hereby directed to publish notice of this forfeiture proceeding in accordance with all applicable laws and regulations.

3. If no additional claims are timely filed with the United States, the United States Marshal Service and agents thereof, be, and the same hereby are directed to dispose of the

Forfeited Funds in accordance with all applicable laws and regulations.

4. The warrant of arrest for articles <u>in rem</u> previously executed on the Defendant Funds shall be vacated upon the forfeiture of the Forfeited Funds.

5. The United States is directed to return $303,585.87 of the Defendant Funds to the Claimant as agreed upon within the Stipulation of Settlement upon the completion of the forfeiture of the Forfeited Funds.

6. The District Court shall retain jurisdiction of this action to enforce this settlement.

7. The Clerk of this Court shall forward three certified copies of this Final Decree of Forfeiture and Order for Delivery to the United States Attorney for the Eastern District of New York, Attention: Assistant United States Attorney Tanya Y. Hill, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:    Brooklyn, New York
           November 19, 2010

s/Roslynn M. Mauskopf

HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE